# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUAH MCCAVITT,** | Case No. 2:21-cv-00774-KJM-GGH |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **PATRICK COVELLO,** | |
| Respondent. | |

Upon considering Respondent's request, and good cause appearing, Respondent shall have an additional THIRTY (30) days, to and including December 22, 2021, within which to file an Answer to Petitioner's Petition for Writ of Habeas Corpus. No further extensions will be authorized.

Dated: November 23, 2021

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE