UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUAH MCCAVITT, | No. 2:21-cv-00774 KJM KJN P |
| Petitioner, | |
| v. | ORDER |
| PATRICK COVELLO, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. One of petitioner's habeas claims concerns an ineffective assistance of counsel claim for failing to exclude a biased juror for cause during voir dire. Respondent's lodged documents do not include the transcripts from the state court's voir dire proceedings on January 28 & 29, 2014, and petitioner has indicated that the transcripts may be sealed. (ECF No. 27-3 at 46-50; ECF No. 1 at 31.)

Accordingly, IT IS HEREBY ORDERED that respondent lodge the sealed transcripts within 14 days of this order. If respondent does not possess the transcripts, respondent is directed to ask the Superior Court of California, County of El Dorado to transmit the relevant sealed

////

////

////

1

1 | transcripts from <u>People v. McCavitt</u> (P13CRF0303) to this Court for lodging under seal.

2 | Respondent shall make this request within 14 days of this order.

3 | Dated:  November 1, 2022

*[Signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE