UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUAH MCCAVITT, | No. 2: 21-cv-00774 KJM KJN P |
| Petitioner, | |
| v. | ORDER |
| PATRICK COVELLO, | |
| Respondent. | |

Petitioner filed a motion for extension of time to file objections to the findings and recommendations filed December 1, 2022. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for extension of time (ECF No. 37) is granted; and

2. Petitioner is granted thirty days from the date of this order in which to file objections to the findings and recommendations filed December 1, 2022.

Dated: January 6, 2023

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mccav774.eot

1